## American Tr. Ins. Co. v Preferred Med., P.C.

### 2024 NY Slip Op 32550(U)

### July 23, 2024

### Supreme Court, Kings County

### Docket Number: Index No. 526577/2021

### Judge: Francois A. Rivera

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

This decision has been published at 2024 NY Slip Op 50966(U).